UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------x

JUAN SANTANA, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

KNIFE AID, INC.,

                Defendant.

----------------------------------------x

Case No.: 1:23-cv-01076

**NOTICE OF SETTLEMENT**

Plaintiff JUAN SANTANA, ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant KNIFE AID, INC., ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

- 2 -

DATED:  October 11, 2023         **MIZRAHI KROUB LLP**

                     /s/ Edward Y. Kroub
                     EDWARD Y. KROUB

Edward Y. Kroub
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212-595-6200
Fax: 212-595-9700
Email: ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

- 2 -